AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jonpaul Marcel Nadeau <br><br> *Plaintiff(s)* <br> v. <br> Suzan H. Barros, LLC <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-62113-MD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Suzan H. Barros, LLC
Serve: Registered Agemt
Suzan H. Barros
6314 Longboat Lane W
Suite 101-A
Boca Raton, Florida 33433

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rachel I. Kaminetzky
SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
646.517.3609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 21, 2025

**SUMMONS**

s/ Clifford Charles

Deputy Clerk
U.S. District Courts