**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE**

**CASE NO.:  0:25-cv-62113**

JONPAUL MARCEL NADEAU,

                Plaintiff,

v.

SUZAN H. BARROS, LLC

                Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DOCKET ENTRY 6 MOTION TO QUASH SERVICE OF PROCESS AND TO STRIKE RETURN OF SERVICE**

Before the Court is Plaintiff JONPAUL MARCEL NADEAU's to Strike Docket Entry 6 Motion to Quash Service of Process and to Strike Return of Service.

The court, having considered the Motion and having found good cause, therefore hereby

**ORDERS** that the motion is **GRANTED.**  The Clerk is directed to Strike Docket Entry 6.

 

                                          HONORABLE MELISSA DAMIAN
                                          UNITED STATES DISTRICT JUDGE