UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:25-cv-62113-MD

JONPAUL MARCEL NADEAU,

Plaintiff,

v.

SUZAN H. BARROS, LLC,
Defendant.



_____/

# NOTICE OF FILING EXHIBITS TO DEFENDANT'S RENEWED MOTION TO QUASH SERVICE OF PROCESS AND STRIKE RETURN OF SERVICE

Defendant, Suzan H. Barros, LLC, hereby files the following exhibits in support of its Renewed Motion to Quash Service of Process and Strike Return of Service:

- **Exhibit A** – Affidavit of Suzan H. Barros
- **Exhibit B** – Affidavit of Daniel B. Blanco

Respectfully submitted this 17th day of November, 2025.

_____
**SUZAN H. BARROS**
Managing Member, Suzan H. Barros, LLC
Appearing Specially and Not Generally
6314 Longboat Lane W, Apt 101-A
Boca Raton, FL 33433
Email: suzanbarrosrealestate@gmail.com

# EXHIBIT A

**AFFIDAVIT OF SUZAN H. BARROS**
(Executed pursuant to 28 U.S.C. § 1746 – No Notary Required)

I, **SUZAN H. BARROS**, declare under penalty of perjury:

1. I am the managing member and registered agent of Suzan H. Barros, LLC.

2. I appear specially and not generally, solely to contest service of process and personal jurisdiction.

3. On October 24, 2025, during attempted service of process, I was **not present** at 6314 Longboat Lane W, 101-A.

4. I have **no employees**, and no person present at that location on October 24, 2025 was employed by me in my capacity as registered agent or by Suzan H. Barros LLC.

5. **Daniel B. Blanco**, who answered the door, is **not** an employee of mine or of the LLC, and is **not** authorized to accept service on behalf of either.

6. The process server attempted to hand documents to Mr. Blanco. He told her he would not accept papers intended for me. The process server then **threw the documents on the ground** outside the door and ran back toward her car. Mr. Blanco did **not** accept or take possession of any documents.

7. I did **not** receive any service of process on October 24, 2025, and no person authorized to accept service on behalf of me or my LLC received service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14th, 2025.

_____
SUZAN H. BARROS

# EXHIBIT B

**AFFIDAVIT OF DANIEL B. BLANCO**

(Executed pursuant to 28 U.S.C. § 1746 – No Notary Required)

I, **DANIEL B. BLANCO**, declare under penalty of perjury:

1. I am over the age of 18.

2. On October 24, 2025, I was physically present at 6314 Longboat Lane W, 101-A, Boca Raton, Florida.

3. A woman knocked on the door and asked for Suzan H. Barros.

4. I informed her that Ms. Barros was not there.

5. The woman identified herself as a process server and asked if she could leave documents with me.

6. I told her that I was not Ms. Barros and that I would not accept papers intended for someone else.

7. Without confirming my identity or authority, the process server threw the documents onto the ground and ran toward her car.

8. I immediately began recording the incident on my phone. Several of the papers blew across the walkway and lawn. A copy of the video recording is available for submission to the Court upon request.

9. I did not accept, receive, or take possession of any documents for Suzan H. Barros or Suzan H. Barros, LLC.

10. I do not reside at or conduct business from that location; I was only visiting on that date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14th, 2025.

_____

DANIEL B. BLANCO