## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE

### CASE NO.:  0:25-CV-62113

JONPAUL MARCEL NADEAU,

          Plaintiff,

v.

SUZAN H. BARROS, LLC,

          Defendant.

---

### NOTICE OF COMPLIANCE

Plaintiff JONPAUL MARCEL NADEAU, by and through his undersigned counsel, hereby gives Notice of Compliance with the Court's Order entered on November 14, 2025. (ECF No. 8).

On November 14, 2025, Plaintiff served a true and correct copy of the Court's Order entered at ECF No. 8 upon Defendant, Suzan H, Barros, LLC, via electronic mail and certified mail via the United States Postal Service.

Dated: November 20, 2025        Respectfully submitted,


        */s/ Rachel I. Kaminetzky*
        RACHEL I. KAMINETZKY
        Florida Bar Number: 1059614
        rachel.kaminetzky@sriplaw.com

        SRIPLAW, P. A.
        21301 Powerline Road
        Suite 100
        Boca Raton, FL 33433
        646.517.3609 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff JonPaul Marcel Nadeau*

### SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS